**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

Case No.: 16-4758
2:10-cr-00057-RAJ-DEM-5

UNITED STATES OF AMERICA

　　　Plaintiff - Appellee,

v.

ABDICASIIS CABAASE

　　　Defendant - Appellant.

**MOTION FOR
EXTENSION OF TIME**

　　COMES NOW, the Appellant, Abdicasiis Cabaase (" Cabaase"), by counsel, and moves the Court for an extension of time to file Appellant's Opening Brief and Appendix for the reasons set forth below:

　　Counsel was appointed to represent Appellant on March 29, 2017 and was notified by the Court that prior to being appointed a briefing schedule has been established for April 19, 2017.  Since being appointed counsel has began the process of obtaining and reviewing the pertinent documents and pleadings.  Counsel has also notified the Appellant of his appointment and is in the process of making arrangements to speak to the Appellant, who is currently incarcerated at USP Canaan, US Penitentiary, located in Waymart, Pennsylvania.  There was a briefing schedule in place prior to counsel's appointment and in order for counsel to properly represent the Appellant, an extension is necessary.  An

extension will allow counsel to review the documents, communicate with the Appellant, research the issues, and determine what issues to raise for the Appellant.  Counsel for Appellants Abdi Osman and Mohamed Jama along with the attorney for the United States Attorney have been contacted and they do not object to the request for an extension.

Wherefore, the Appellant requests an extension until June 9, 2017 to file the Appellant's Opening Brief and Appendix.

Respectfully Submitted,

ABDICASIIS CABAASE


_____/s /_____
Lawrence H. Woodward, Jr., Esq.
Virginia State Bar #21756
Attorney for the Appellant,
  Abdicasiis Cabaase
Shuttleworth, Ruloff, Swain,
  Haddad & Morecock, P.C.
317 30th Street
Virginia Beach, Virginia   23451
Telephone Number:  (757) 671-6000
Facsimile Number:    (757) 671-6004
Email address: lwoodward@srgslaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing (NEF) to the following:

Richard Daniel Cooke, Esq.
Assistant United States Attorney
Attorney for the United States
600 E. Main Street, Suite 1800
Richmond, VA 23219
richard.cooke@usdoj.gov

Trey R. Kelleter, Esq.
Vandeventer Black, LLP
 Attorney for the Appellant
   Abdi Razaq Abshir Osman
101 West Main Street
500 World Trade Center
Norfolk, VA 23510
757/446-8600
tkelleter@vanblacklaw.com

Robert B. Rigney, Esq.
Protogyrou R. Rigney, PLC
Attorney for the Appellant
 Mohamed Jama
500 Main Street, Suite 1520
BB&T Building
Norfolk, VA 23510
757/625-1775
rigney@prlaw.org

                                    /s /
                          _____
                          Lawrence H. Woodward, Jr., Esq.
                          Virginia State Bar #21756
                          Attorney for the Appellant,
                           Abdicasiis Cabaase
                          Shuttleworth, Ruloff, Swain,
                           Haddad & Morecock, P.C.
                          317 30th Street
                          Virginia Beach, Virginia   23451
                          Telephone Number:  (757) 671-6000
                          Facsimile Number:    (757) 671-6004
                          Email address: lwoodward@srgslaw.com